# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT, <br><br> Plaintiff, <br><br> vs. <br><br><br><br><br> MICHAEL A. SMELOSKY, Warden, et al., <br><br> Defendant. | CASE NO. 09cv2681-MMA (AJB) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**; <br><br> [Doc. No. 19] <br><br> **DENYING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS** <br><br> [Doc. No. 3] |

  Petitioner Ester Burnett, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a first amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 3], challenging the outcome of a prison disciplinary proceeding which resulted in the forfeiture by Petitioner of ninety days of good time credit. Respondent filed an answer to the petition [Doc. No. 15], and Petitioner filed a traverse [Doc. No. 18]. The matter is currently before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Anthony J. Battaglia recommending that the petition be denied [Doc. No. 19].

  Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations

1  made by the magistrate [judge]." 28 U.S.C. § 636(b) (1); *see also United States v. Remsing*, 874
2  F.2d 614, 617 (9th Cir. 1989). When no objections are filed, as is the case here, a district court may
3  assume the correctness of the magistrate judge's factual findings and decide the motion on the
4  applicable law. *Johnson v. Nelson*, 142 F.Supp.2d 1215, 1217 (S.D.Cal. 2001) (citing *Campbell v.*
5  *United States District Court*, 501 F.2d 196, 206 (9th Cir. 1989))

6      The Court concludes that the magistrate judge issued an accurate report and well-reasoned
7  recommendation that the instant petition be denied. Accordingly, the Court **ADOPTS** the Report
8  and Recommendation in its entirety and **DENIES** Petitioner's first amended petition for writ of
9  habeas corpus.

10  ### CERTIFICATE OF APPEALABILITY

11      "The district court must issue or deny a certificate of appealability when it enters a final
12  order adverse to the applicant." Rule 11 foll. 28 U.S.C. § 2254. A petitioner may not seek an appeal
13  of a claim arising out of a state court detention unless the petitioner first obtains a certificate of
14  appealability from a district judge or circuit judge under 28 U.S.C. § 2253. Fed. R. App. Proc.
15  22(b). Under 28 U.S.C. § 2253(c), a certificate of appealability will issue only if the petitioner
16  makes a substantial showing of the denial of a constitutional right.

17      For the reasons set forth in detail in the Report and Recommendation, Petitioner has not
18  made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of
19  appealability should not issue in this action.

20      **IT IS SO ORDERED.**

21  DATED: November 29, 2010

22  *[signature]*

23  Hon. Michael M. Anello
United States District Judge